**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,
          Plaintiff,

-VS-

JACQUELINE CASON,
          Defendant
_____/

Court Number: 07-10230
Honorable: Robert H. Cleland
Claim Number: 1999A18534

## ORDER RELEASING TAX GARNISHMENT

Upon the reading and filing of the above Petition, the **STATE OF MICHIGAN TREASURY DEPARTMENT** is hereby released from any liability under said **GARNISHMENT** and any funds shall be restored to the principal defendant upon receipt of this document.

Dated: 10/28/10

          s/Robert H. Cleland
          U.S. DISTRICT COURT JUDGE